IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHAEL S. SMITH**                                                                 **PLAINTIFF**

v.                          CASE NO. 3:22-CV-00131-BSM

**KEVIN E. BELL and**
**KEELEY CONSTRUCTION GROUP, INC.**                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 11th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE